United States Bankruptcy Court

DISTRICT OF MASSACHUSETTS – EASTERN DIVISION

|  |  |
|---|---|
| ) | Chapter 7 |
| ) | Case No. 13-15658 |
| In Re: TIMOTHY P. O'CALLAGHAN, ) | |
| ) | |
| Debtor ) | |
| ) | |

**MOTION TO EXTEND TIME FOR FILING OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**

The creditor Laura O'Rourke hereby moves pursuant to 28 U.S.C. §586(a)(3) and 11 U.S.C. §§ 307, 727 and Fed. R. Bankr. P. 4004(b)(2), to extend the time within which a party in interest may file an objection to discharge under 11 U.S.C. § 727. In support of this motion, Ms. O'Rourke states by and through her counsel:

1. The debtor Timothy P. O'Callaghan filed a voluntary chapter 7 petition on September 25, 2013.

2. Laura O'Rourke is the holder of a state court judgment and execution against the debtor in an amount exceeding $395,485.

3. The chapter 7 trustee of the debtor's estate is John Aquino, Esq. of Anderson Aquino LLP, 240 Lewis wharf, Boston, MA 02110.

4. The debtor has not received a discharge in this case.

5. The debtor's 341 meeting commenced on October 31, 2013. At the meeting, after questioning by counsel for Laura O'Rourke and by the trustee, it became clear that a significant amount of financial information on the debtor's schedules was false.

6. As a result, the debtor's 341 meeting was continued generally to a date to be determined. The trustee requested that the debtor provide documentation to support his income, expenses, and other assets and liabilities, before scheduling a date the continued 341 meeting.

7. The continued 341 meeting date has not been scheduled at this time.

*[Margin annotation, rotated:]* 12/27/2013 Notwithstanding the erroneous statutory and rule citations contained herein and the failure of the Movant to set forth facts regarding her efforts to obtain financial information from the Debtor since the date of the original Section 341 meeting, the Court extends the deadline for the Movant to file a complaint pursuant to 11 USC Sec. 727 to and including 01/13/14.

*[Signature in left margin: Joan N. Feeney]*