# United States Bankruptcy Court
### DISTRICT OF MASSACHUSETTS – EASTERN DIVISION

|  |  |
|---|---|
| In Re: TIMOTHY P. O'CALLAGHAN, ) <br> ) <br> Debtor ) | Chapter 7 <br> Case No. 13-15658 |

**EMERGENCY MOTION TO EXTEND TIME FOR FILING OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 OR DISCHARGEABILITY UNDER 11 USC § 523**

The creditor Laura O'Rourke hereby moves pursuant to Fed. R. Bankr. P. 4004(b)(2) and Local Rule 9006-1, to extend by one week, until January 21, 2014, the time within which a party in interest may file an objection to discharge under 11 U.S.C. § 727 or exception of her claim to the debtor's discharge under 11 U.S.C. § 523. In support of this motion, Ms. O'Rourke states by and through her counsel:

1. The debtor Timothy P. O'Callaghan filed a voluntary chapter 7 petition on September 25, 2013.

2. Laura O'Rourke is the holder of a state court judgment and execution against the debtor in an amount exceeding $395,485.

3. The chapter 7 trustee of the debtor's estate is John Aquino, Esq. of Anderson Aquino LLP, 240 Lewis wharf, Boston, MA 02110.

4. The debtor has not received a discharge in this case.

5. Ms. O'Rourke previously filed a motion for an extension of time on December 26, 2013. The court granted an extension until January 13, 2014.

6. The undersigned counsel for Ms. O'Rourke was out of the country on vacation beginning December 27, 2013 and returned to Boston on the evening of January 12, 2014. Today, January 13, 2014 is the first day the undersigned counsel is back in the office after

Document    Page 2 of 6

vacation. Attached hereto as Exhibit 1 is Ms. O'Rourke's counsel's travel itinerary from Delta Airlines.

7. The debtor's 341 meeting commenced on October 31, 2013. At the meeting, after questioning by counsel for Laura O'Rourke and by the trustee, it became clear that a significant amount of financial information on the debtor's schedules was false.

8. As a result, the debtor's 341 meeting was continued generally to a date to be determined. The trustee requested that the debtor provide documentation to support his income, expenses, and other assets and liabilities, before scheduling a date the continued 341 meeting.

WHEREFORE, Laura O'Rourke requests that the court enter an order extending the time for parties in interest to object to discharge pursuant to 11 U.S.C. § 727 or exception to discharge under 11 U.S.C. § 523 to and including January 21, 2014.

LAURA O'ROURKE
By her Attorney(s),

Date: January 13, 2014

_____
Zaheer A. Samee, Esq. BBO #667751
Frisoli Associates, P.C.
43 Thorndike Street
Cambridge, MA 02141
Tel: 617-494-0200
zas@frisolilaw.com

2

United States Bankruptcy Court
DISTRICT OF MASSACHUSETTS – EASTERN DIVISION

|  |  |
|---|---|
| In Re: TIMOTHY P. O'CALLAGHAN,<br><br>Debtor | Chapter 7<br>Case No. 13-15658 |

## CERTIFICATE OF SERVICE

I certify that on <u>January 13, 2014</u>, I served the attached

**EMERGENCY MOTION TO EXTEND TIME FOR FILING OBJECTION TO DISCHARGE OR EXCEPTION TO DISCHARGEABILITY OF DEBT**

by sending a copy to:

*Chapter 7 trustee*
John Aquino, Esq.
jja@andersonaquino.com
**BY ECF**

*Attorney for Debtor*
Robert J. Powers Jr., Esq.
powerslaw@verizon.net
**BY ECF**

*United States Trustee*
John Fitzgerald
ustpregion01.bo.ecf@usdoj.gov
**BY ECF**

/Zaheer A. Samee
Zaheer A. Samee

# Exhibit 1

**Subject:** Your Delta itinerary has changed
**From:** Delta Messenger <DeltaMessenger@delta.com>
**Date:** 9/23/2013 3:29 AM
**To:** EZRAEH@GMAIL.COM

Ensure that you always receive the latest information from Delta Air Lines.  Add the e-mail address, "DeltaMessenger@Delta.com" to your address book or personal whitelist.

    delta.com | Profile | Mileage Balance | Add to Address Book

Dear Zaheer Samee,

Our schedule has changed, and it impacts your upcoming trip.  Please review the itinerary below for your flight numbers, departure and arrival times, and seat assignments (we have bolded the changes).  We look forward to seeing you onboard soon.

Updated Itinerary - Delta confirmation # F77QCN

**Thursday, December 26**

| | |
|---|---|
| **Flight:** | **Delta 6591 Operated by Alitalia** |
| **Departs:** | **10:30 pm from Boston, Massachusetts** |
| **Arrives:** | **12:35 pm (December 27) at Rome, Italy** |
| **Seats:** | **25L** |
| **Cabin:** | **Economy Class** |

Friday, December 27

| | |
|---|---|
| Flight: | Delta 6605 Operated by Alitalia |
| Departs: | 2:45 pm from Rome, Italy |
| Arrives: | 4:00 pm at Catania, Italy |
| Seats: | 3F |
| Cabin: | Economy Class |

Sunday, January 12

| | |
|---|---|
| Flight: | Delta 8604 Operated by Air France |
| Departs: | 4:10 pm from Paris - Charles De Gaulle, France |
| Arrives: | 5:55 pm at Boston, Massachusetts |
| Seats: | 44B |
| Cabin: | Economy Class |

We apologize for this change in your travel plans.

Do you want to **change your seat**, or find out what **movies** will be shown on board?  It's just a click away, and don't worry about reconfirming your flights - you're all set.

Did you know you can sign up for notifications? It's easy, just visit delta.com and look for **Delta Messenger**. We'll keep you updated about flight changes, and the day before your trip we'll email your itinerary.  Now you can stay in touch while on the go.

If you have any questions, please contact Delta Reservations at 800-935-1503.

Thank you for flying Delta.

This e-mail message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc.  Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only e-mail - please do not respond to this message.

delta.com  |  Itineraries  |  Profile  |  Online Check-In  |  Unsubscribe  |  Privacy Policy

© 2010 Delta Air Lines, Inc.